UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                       :

ROBERT MERCER,                        :

                  Plaintiff,    :

                                         :

             -against-          :

                                       :

NEW YORK CITY HOUSING AUTHORITY,   :

                    Defendant.  :

                                       :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019

19 Civ. 8842 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference is scheduled for December 10, 2019, at 10:30

a.m.  It is hereby

       **ORDERED** that, due to a conflict in the Court's trial schedule, the December 10, 2019,

10:30 a.m. conference will instead be on **Monday, December 9, 2019, at 5:15 p.m.**  The parties

may attend the conference by telephone by jointly calling the Court from one line at 212-805-

4553.  By **December 6, 2019**, Defendant shall file a letter advising whether one or both parties

will attend by telephone.  Defendant shall also convey the substance of this Order to Plaintiff to

coordinate arrangements for this rescheduled conference.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: December 5, 2019
      New York, New York

                                **LORNA G. SCHOFIELD**
                         **UNITED STATES DISTRICT JUDGE**