UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ROBERT MERCER,                                              :
                                      Plaintiff,            :
                                                            :     19 Civ. 8842 (LGS)
              -against-                                     :
                                                            :     ORDER
NEW YORK CITY HOUSING AUTHORITY,                            :
                                      Defendant.            :
                                                            :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2019

LORNA G. SCHOFIELD, District Judge:

The Clerk of Court is respectfully directed to mail a copy of the Order at Dkt. No. 20 to pro se Plaintiff. SO ORDERED.

Dated: December 12, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**