```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ROBERT MERCER,                                              :
                                        Plaintiff,          :
                                                            :     19 Civ. 8842 (LGS)
                -against-                                   :
                                                            :          ORDER
NEW YORK CITY HOUSING AUTHORITY,                            :
                                        Defendant.          :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pro se Plaintiff's opposition to Defendant's motion to dismiss was due June 26, 2020, per the Order at Dkt. No. 45;

WHEREAS, Plaintiff has not timely filed an opposition. It is hereby

**ORDERED** that if Plaintiff chooses to file an opposition, it should be submitted no later than **July 21, 2020**. The opposition should respond to the arguments in Defendants' motion to dismiss. The Court understands that Plaintiff is not a lawyer and is not represented by a lawyer. Therefore the Court will apply the necessary legal analysis in deciding the motion, whether or not Plaintiff chooses to oppose the motion. Defendant need not file a reply unless requested. If no opposition is filed by July 21, 2020, Defendant's motion to dismiss will be deemed fully submitted and ready for decision. It is further

**ORDERED** that Plaintiff is advised that, in light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Pro se parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is attached to this order and is available on the Court's website. Pro se parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S.

Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street).  For more information, including instructions on this new email service for pro se parties, please visit the Court's website at nysd.uscourts.gov. It is further

> **ORDERED** that Defendant shall email a copy of this Order to Plaintiff.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: July 7, 2020
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**